1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL JAMES ALTSTATT, et al.,              No.  2:18-cv-00150-JAM-AC

12                 Plaintiffs,

13          v.                                    ORDER TO SHOW CAUSE

14   CITY OF SACRAMENTO, et al.,

15                 Defendants.

16

17          This matter is before the undersigned pursuant to Local Rule 302(c)(21).  On July 3, 2018,

18   the District Judge in this case adopted in full the undersigned's recommendation that plaintiffs'

19   complaint be dismissed with partial leave to amend.  ECF No. 85.  That same day, the court

20   entered a minute order informing plaintiffs that their amended complaint was due no later than

21   August 2, 2018.  ECF No. 86.  Plaintiffs filed an interlocutory appeal to the Ninth Circuit Court

22   of Appeals on July 25, 2018.  ECF No. 88.  Plaintiffs have not filed an amended complaint, and

23   the deadline to do so has now passed.  Plaintiffs are hereby cautioned that the filing of their

24   interlocutory appeal with the Ninth Circuit does not stay this action.

25          Plaintiffs are hereby ordered to show cause why they have not filed an amended complaint

26   by August 20, 2018.  The filing of an amended complaint will discharge this order.  If plaintiffs

27   fail to file an amended complaint or show good cause by August 20, 2018, the undersigned will

28   ////

1

recommend that the case be dismissed for failure to prosecute.  <u>See</u> Fed. R. Civ. P. 41(b); Local Rule 110.

IT IS SO ORDERED.

DATED: August 6, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE